BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MIRELLE RAZA (Cal. Bar No. 340055)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-6058
     Facsimile:     (213) 894-0141
     Email:         mirelle.raza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

6/27/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MR____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03507-DUTY |
|---|---|
| Plaintiff, | ████████ ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| GISSELLE MEDINA, | |
| Defendant. | |

     The Court has read and considered the government's motion to dismiss the complaint without prejudice against defendant Gisselle Medina.  The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant Gisselle Medina in the interests of justice.

IT IS SO ORDERED.

June 27, 2025
DATE

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/

MIRELLE RAZA
Assistant United States Attorney